# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0831
L.T. Case No. 2023-CA-001513-A

_____

CAMILLE A. ABBOUD,

    Appellant,

    v.

FLAGLER HOSPITAL and
TIMOTHY WARD, M.D.,

    Appellees.

_____

On appeal from the Circuit Court for St. Johns County.
Howard M. Maltz, Judge.

Camille A. Abboud, Saint Johns, pro se.

Christine R. Davis, of Davis Appeals, LLC, Tallahassee, for Appellee, Flagler Hospital.

William T. Jackson, of Dennis, Jackson, Martin & Fontela, P.A., Tallahassee, for Appellee, Timothy Ward, M.D.

September 17, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____